(102 So. 148)

**Ex parte Seab BLACKMAN.    (4 Div. 177).**

(Supreme Court of Alabama.    Nov. 6, 1924. Rehearing Denied Nov. 27, 1924.)

Certiorari to Court of Appeals.

Sollie & Sollie, of Ozark, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J.    Petition of Seab Blackman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Blackman v. State, 20 Ala. App. 281, 102 So. 147.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.